# COURT OF ERRORS AND APPEALS.

JUNE TERM, 1852.

The Executors. of JOHN P. QUICK, appellants, and ELIZABETH FISHER *et al* respondents.

The case in Chancery is reported *ante*, page 674.

*W. Halsted* and *P. D. Vroom* for the appellants.

*R. S. Field* and *W. L. Dayton* for the respondents.

The decree of the Chancellor was affirmed.

For affirmance, the PRESIDENT (Chancellor WILLIAMSON,) GREEN, Ch. J., NEVIUS, ELMER and OGDEN, Justices, and RISLEY, SCHENCK, CORNELISON, ARROWSMITH, WILLS, Judges.

For reversal, VALENTINE, Judge.